# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00733-CV

**SectionCheck.com, LLC, Appellant**

**v.**

**Drilling Info, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### D-1-GN-11-000325, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Counsel for appellant SectionCheck.com, LLC and counsel for appellee Drilling Info, Inc. filed an agreed motion to abate this appeal while they continue settlement discussions that they believe will resolve the underlying matters in this appeal and proceed with related federal litigation in *Bradley J. Broussard, Gene Huggs, and SectionCheck.com, LLC v. Drilling Info, Inc.*, No. 11-CV-00660 in the United States District Court for the Western District of Louisiana.

We grant the parties' motion and abate the appeal until September 4, 2012. *See* Tex. R. App. P. 10. By that date, the parties are instructed to file either a motion to reinstate and dismiss the appeal if the parties no longer wish to pursue it, or a report informing this Court about the status of the appeal and requesting an extension of the abatement. Should the parties fail to take either action by September 4, 2012, this appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

Before Chief Justice Jones, Justices Pemberton and Rose

Abated

Filed:   February 29, 2012